**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| DAVID LUSIK, | : | No. 26 EAP 2017 |
| | : | |
| Appellant | : | Appeal from the Orders entered on |
| | : | 10/13/2016, 10/24/2016, 01/12/2017, |
| | : | 01/31/2017, 02/06/2017 in the |
| v. | : | Commonwealth Court at No. 521 MD |
| | : | 2016. |
| | : | |
| UNIT MGR. THOMPSON, DEPARTMENT | : | |
| OF CORRECTIONS, PENNSYLVANIA | : | |
| PAROLE BOARD, DEBRA SUE RAND, | : | |
| ESQ., WARDEN BRIAN CLARK, | : | |
| | : | |
| Appellees | : | |

**ORDER**

**PER CURIAM**

    **AND NOW,** this 21st day of September, 2018, the Order of the Commonwealth Court is hereby AFFIRMED.